# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1345

William Chaffin, Jr. v. Warden of FCI-Allenwood Medium

(U.S. District Court No.: 4-22-cv-01242)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    October 03, 2023
AWI/cc:   William J. Chaffin Jr.,
Navin Jani, Esq.
Carlo D. Marchioli, Esq.
Mr. Peter J. Welsh,

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate